Morrisania Apartments, LLC Petitioner-Landlord-Appellant, 570213/17 
against
Deyna Rivera, Respondent-Tenant-Respondent.



Landlord appeals from an order of the Civil Court of the City of New York, Bronx County (Steven Weissman, J.), dated June 24, 2016, after a nonjury trial, which awarded tenant a rent abatement in the amount of $807.75, thereby reducing the net money judgment in landlord's favor to the principal sum of $1,834.25 in a nonpayment summary proceeding.




Per Curiam.
Order (Steven Weissman, J.), dated June 24, 2016, affirmed, without costs.
Upon review of the trial record, we are satisfied that the trial court properly resolved the rent and habitability issues litigated below, and that a decrease in the amount of the abatement award in tenant's favor is unwarranted. The credited testimony amply supported the court's detailed factual findings that tenant was subjected to rodent and vermin infestation, and recurrent leaks. The amount of the habitability abatement for the relevant five-month period was within reasonable limits (see generally Park W. Mgt. Corp. v Mitchell, 47 NY2d 316 [1979], cert denied 444 US 992 [1979]; Dumbadze v Saxon Hall Owner, LLC, 93 AD3d 756 [2012]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: October 23, 2017